**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

---

No. 97-2087

---

Michael C. Liddell, a minor, by
Minnie Liddell, his mother and next
friend; Kendra Liddell, a minor,
by Minnie Liddell, her mother and next
friend; Minnie Liddell; Roderick D.
LeGrand, a minor, by Lois LeGrand,
his mother and next friend; Lois
LeGrand; Clodis Yarber, a minor, by
Samuel Yarber, his father and next
friend; Samuel Yarber; Earline Caldwell;
Lillie Caldwell; Gwendolyn Daniels;
National Association for the
Advancement of Colored People;
United States of America; City of St.
Louis;

                Plaintiffs;

       v.

The Board of Education of the City of
St. Louis; Hattie R. Jackson, President,
Board of Education of the City of St.
Louis; Rev. Earl E. Nance, Jr., a
member of the Board of Education of
the City of St. Louis; Rennie B. Shuter,
a member of the Board of Education;
of the City of St. Louis; Paula V.
Smith, a member of the Board of Educa-
tion of the City of St. Louis; Dr. Albert

Appeal from the United
States
District Court for the
Eastern District of
Missouri.

[PUBLISHED]

D. Bender, Sr., a member of the Board
of Education of the City of St. Louis;
Eddie G. Davis, a member of the Board
of Education of the City of St. Louis;
Dr. John P. Mahoney, a member of the
Board of Education of the City of St.
Louis; Marybeth McBryan, a member
of the Board of Education of the City
of St. Louis; Thomas M. Nolan, a
member of the Board of Education of
the City of St. Louis; William Purdy, a
member of the Board of Education of
the City of St. Louis; Robbyn G. Wahby,
a member of the Board of Education of
the City of St. Louis; Madye Henson
Whithead, a  member of the Board of
Education of the City of St. Louis;
Dr. Cleveland Hammonds, Jr., Super-
intendent of     Schools for the City of St.
Louis;

    Defendants-Appellees;

Ronald Leggett, St. Louis  Collector of
Revenue; State of Missouri; Mel
Carnahan, Governor of the State of
Missouri; Jeremiah (Jay) W. Nixon,
Attorney General; Bob Holden,
Treasurer; Richard  A. Hanson,
Commissioner of Administration;
Robert E. Bartman, Commissioner of
Education; Missouri State Board of
Education, and its members; Thomas R.
Davis; Sharon M.  Williams; Peter
Williams; Peter F. Herschend;
Jacqueline E. Wellington; Betty E.
Preston; Russell V. Thompson; Rice

2

Pete Burns; Special School District of St. Louis County; Affton Board of Education; Bayless Board of Education; Brentwood Board of Education; Clayton Board of Education; Ferguson-Florissant Board of Education; Hancock Place Board of Education; Hazelwood Board of Education; Jennings Board of Education; Kirkwood Board of Education; LaDue Board of Education; Lindbergh Board of Education; Maplewood-Richmond Heights Board of Education; Mehlville Board of Education; Normandy Board of Education; Parkway Board of Education; Pattonville Board of Education; Ritenour Board of Education; Riverview Gardens Board of Education; Rockwood Board of Education; University City Board of Education; Valley Park Board of Education; Webster Groves Board of Education; Wellston Board of Education; St. Louis County; Buzz Westfall, County Executive; James Baker, Director of Administration, St. Louis County, Missouri; Robert H. Peterson, Collector of St. Louis County "Contract Account," St. Louis County, Missouri;

        Defendants;

The St. Louis Career Education District;

      Defendant-Appellee;

3

St. Louis Teachers' Union, Local 420,
AFT, AFL-CIO;                          *
                                       *
          Intervenor Below;  *
                                       *
Missouri National Education *
Association;                           *
                                       *
Intervenor Below-Appellant. *

_____

Submitted:  July 17, 1997

Filed:  August 6, 1997

_____

Before MCMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

The Missouri National Education Association appeals the decision of the district court denying tenure protection to teachers formerly employed by the Special School District of St. Louis County and to be employed by the St. Louis Career Education District. In light of the opinion filed today in consolidated appeals numbers 96-2881, 96-3259, 96-3265, 96-3267, 96-3885, 97-1736, 97-1737, 97-1760, and 97-2378, we remand this matter to the district court to consider with the consolidated cases and to enter an order after making findings of fact and conclusions of law.

A true copy.

Attest.

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.